**Order filed November 1, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00281-CV

_____

## IN THE INTEREST OF M. E. H.

---

**On Appeal from the 345th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-AG-15-002375**

---

## ORDER

In response to our order of October 30, 2018, court reporter Laura Taylor has informed the court that the reporter's record is complete.

Accordingly, appellant's brief is due by **December 03, 2018**. Tex. R. App. P. 38.6(a)(2).

PER CURIAM